IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01CV309-MU

| | |
|---|---|
| RICHARD M. MITCHELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BRAD LORING GREENBURG, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon its own motion. It appears to the court that an Order was entered in the bankruptcy court on March 11, 2005 approving a settlement agreement and dismissing this adversary proceeding.

IT IS THEREFORE ORDERED that the Clerk's Office is directed to close this case.

Signed: March 14, 2006

Graham C. Mullen
United States District Judge